BRENDA H. ENTZMINGER, ESQ.
Nevada Bar No. 9800
BRANDON P. SMITH, ESQ.
Nevada Bar No. 10443
PHILLIPS, SPALLAS & ANGSTADT LLC
504 S. Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT
DISTRCT OF NEVADA

DEBORAH INBODY,

              Plaintiff,

v.

WAL-MART STORES, INC., a Delaware
Corporation; DOES 1-100 and ROE
BUSINESS ENTITIES 1-100, inclusive,

              Defendants.

Case No.: 2:11-cv-01115

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear his

//

//

//

//

//

1  or her own costs and attorney's fees.

2  DATED this 7th day of ~~November~~ December, 2011.

3

4

5  Adam Smith, Esq.                          Brandon Smith, Esq.
   GLEN J. LERNER & ASSOCIATES               PHILLIPS, SPALLAS & ANGSTADT, LLC
6  4795 South Durango Drive                  504 South Ninth Street
   Las Vegas, NV 89147                       Las Vegas, Nevada 89101
7  *Attorneys for Plaintiff*                 *Attorneys for Wal-Mart Stores, Inc.*

8

9                          **ORDER**

10         PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel,

11  it is hereby:

12         ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed,

13  with prejudice each party to bear their own costs and attorney's fees.

14         Dated this 13th day of December, 2011.

15

16

17                          DISTRICT COURT JUDGE

18

19  Respectfully submitted by:

20  **PHILLIPS, SPALLAS & ANGSTADT, LLC**

21

22  BRANDON P. SMITH, ESQ.
23  Nevada Bar No. 10443
    504 S. Ninth St.
24  Las Vegas, NV 89101
    (702) 938-1510
25  *Attorneys for Defendant*
    *Wal-Mart Stores, Inc.*
26

27

28