1  BRENDA H. ENTZMINGER, ESQ.
   Nevada Bar No. 9800
2  BRANDON P. SMITH, ESQ.
3  Nevada Bar No. 10443
   PHILLIPS, SPALLAS & ANGSTADT LLC
4  504 S. Ninth Street
   Las Vegas, Nevada 89101
5  (702) 938-1510
6  *Attorneys for Defendant*
   *Wal-Mart Stores, Inc.*

7
                    UNITED STATES DISTRICT COURT
8                       DISTRCT OF NEVADA

9  DEBORAH INBODY,                    Case No.: 2:11-cv-01115

10         Plaintiff,

11  v.                                **STIPULATION AND ORDER FOR**
                                      **DISMISSAL WITH PREJUDICE**
12  WAL-MART STORES, INC., a Delaware
    Corporation; DOES 1-100 and ROE
13  BUSINESS ENTITIES 1-100, inclusive,

14         Defendants.

15

16         IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

17  counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear his

18  //

19  //

20  //

21

22  //

23  //

- 1 -
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

or her own costs and attorney's fees.

DATED this 7th day of ~~November~~ December, 2011.

_____
Adam Smith, Esq.
GLEN J. LERNER & ASSOCIATES
4795 South Durango Drive
Las Vegas, NV 89147
*Attorneys for Plaintiff*

_____
Brandon Smith, Esq.
PHILLIPS, SPALLAS & ANGSTADT, LLC
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice each party to bear their own costs and attorney's fees.

Dated this 13th day of December, 2011.

_____
DISTRICT COURT JUDGE

Respectfully submitted by:

PHILLIPS, SPALLAS & ANGSTADT, LLC

_____
BRANDON P. SMITH, ESQ.
Nevada Bar No. 10443
504 S. Ninth St.
Las Vegas, NV 89101
(702) 938-1510
*Attorneys for Defendant
Wal-Mart Stores, Inc.*